UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
RICARDO VELASQUEZ,

               Plaintiff,

     -against-                           ORDER

SHENG CLEANER INC. *a New York corporation*   21 Civ. 2952 (GBD)
*d/b/a* Sheng Cleaners, SEBASTIAN & DELIA BO,
LLC, *a New York limited liability company*,

               Defendant.

------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

This Court having been advised that the parties have reached a settlement in principle on all issues in this matter, the Clerk of Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's docket if an application to restore is made within thirty (30) days.

All conferences previously scheduled are adjourned *sine die*.

Dated: June 29, 2021
       New York, New York

                                                SO ORDERED.

                                                *George B. Daniels*
                                                GEORGE B. DANIELS
                                                United States District Judge